IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWERS PAPER, LLC,

    Plaintiff,                               CASE NO. 4:24-cv-10731-FKB-APP

v.

NORTHSTAR SOURCING LLC;
INTERNATIONAL PAPER
SOLUTIONS D/B/A NORTHSTAR
SOURCING, KOOKA USA, LLC and
JOHN KOUSSA, Individually,

    Defendants
_____/

## FINAL JUDGMENT

IT IS ORDERED AND ADJUDGED that, pursuant to the Clerk's entry of default on May 30, 2025 following Defendants' failure to plead or otherwise respond to the Complaint [ECF No. 33], and the Court's Order granting Plaintiff's Motion for Entry of Default Judgment Against Defendants, that judgment is ENTERED in favor of Plaintiff, POWERS PAPER, LLC, and against Defendants, NORTHSTAR SOURCING LLC ("Northstar"), KOOKA USA, LLC ("Kooka"), and JOHN KOUSSA on October 16, 2025 [ECF No. 39].

It further appearing that the applicable purchase orders and invoices, as set forth in the Complaint, have been presented and marked as Exhibits by the Court, and that proofs have been submitted of the amount due on these purchase orders and

1

invoices, as more particularly described in the Complaint and Plaintiff's Motion for Default Judgment, as well as lawful interest from March 21, 2024, until the judgment is paid and satisfied in full.

It is adjudged that Plaintiff, POWERS PAPER, LLC, located at 2210 E. Evergreen Drive Appleton, Wisconsin 54913, shall recover from Defendants, NORTHSTAR SOURCING LLC, KOOKA USA, LLC, and JOHN KOUSSA, jointly and severely, the sum of $213,833.24, plus lawful interest from March 21, 2024, with lawful interest continuing to accrue until the judgment is paid and satisfied in full, which is calculated as follows:

1. Actual Damages: $213,833.24

2. This judgment will earn interest at statutory rates, computed from the filing date of the Complaint. Judgment interest accrued thus far is $17,742.07 and is based on MCL 600.6013 as follows:

The statutory 6-month rate(s) of:

    5.39% from March 21, 2024, to June 30, 2024

    5.36% from July 1, 2024, to December 31, 2024

    5.016% from January 1, 2025, to June 30, 2025

    5.083% from July 1, 2025, to October 23, 2025

As such, POWERS PAPER, LLC shall be entitled to a Final Judgment against NORTHSTAR SOURCING LLC ("Northstar"), KOOKA USA, LLC ("Kooka"),

and JOHN KOUSSA, jointly and severely, in the amount of $231,575.31, with lawful interest continuing to accrue until the judgment is paid and satisfied in full, for let execution issue.

    **SO ORDERED.**

Date: October 24, 2025          <u>s/F. Kay Behm</u>
                                          F. Kay Behm
                                          United States District Judge

Copies provided to: Counsel of Record